# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ROBERT O. BURGESS JR., : No. 78 EM 2016

Petitioner :

v. :

NORRIS E. GELMAN, :

Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.